UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GEORGE SPITTAL,

             Plaintiff,           CIV. S-04-1198 GEB PAN PS

      v.

JAY SCHENIRER, et al.,             ORDER OF RECUSAL

             Defendants.

—o○o—

    I hereby recuse myself pursuant to 28 U.S.C. § 455(b)(1) upon the ground I have a personal bias or prejudice against plaintiff George Spittal.  The clerk is directed to reassign this matter to another magistrate judge accordingly.

      So ordered.

      Dated:  June 20, 2005.

                        /s/ Peter A. Nowinski
                        PETER A. NOWINSKI
                        Magistrate Judge