IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE SPITTAL,

     Plaintiff,                   2:04-cv-1198-GEB-DAD-PS

  vs.

JAY SCHENIRER, et al.,

     Defendants.              <u>ORDER</u>

_____/

     Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

     On November 8, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days.  Plaintiff has filed objections to the findings and recommendations.

1

1        In accordance with the provisions of 28 U.S.C.
2   § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a
3   de novo review of this case.  Having carefully reviewed the
4   entire file, the court finds the findings and recommendations to
5   be supported by the record and by proper analysis.
6        Accordingly, IT IS HEREBY ORDERED that:
7        1.  The findings and recommendations filed November 8,
8   2005, are adopted in full;
9        2.  Defendants' motion to dismiss (Doc. no. 29) is granted;
10
11       3.  Plaintiff's motion re contempt (Doc. no. 36) is denied;
12       4.  Plaintiff's amended complaint is dismissed with prejudice; and
13
14       5.  The Clerk is directed to close this case.
    DATED:  December 6, 2005

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge

2