IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE SPITTAL,

        Plaintiff,        2:04-cv-1198-GEB-DAD-PS

   v.

JAY SCHENIRER, et al.,

        Defendants.       <u>ORDER</u>

On December 13, 2005, Plaintiff filed motions for reconsideration and recusal.  The motion for recusal is denied. Plaintiff's motion for reconsideration is construed as a motion under Federal Rule of Civil Procedure 59(e).  "There are four grounds upon which a Rule 59(e) motion may be granted . . .," none of which Plaintiff's motion satisfies.  <u>Turner v. Burlington Northern Santa Fe R. Co.</u>, 338 F.3d 1058, 1063 (9th Cir. 2003). Therefore, Plaintiff's motion for reconsideration is denied.

        IT IS SO ORDERED.

Dated:  January 11, 2006

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge