IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE SPITTAL,                          )
                                         )      2:04-cv-1198-GEB-DAD-PS
                    Plaintiff,           )
                                         )
          v.                             )
                                         )      ORDER
JAY SCHENIRER, et al.,                   )
                                         )
                    Defendants.          )
_____)

          Plaintiff's motion filed December 21, 2005, is

unintelligible and is denied.

          IT IS SO ORDERED.

Dated:  January 27, 2006


                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge

1